IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN MENZIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-249-SB |
| v. | ) |
| | ) |
| SEYFARTH, SHAW LLP, GRAHAM TAYLOR, NORTHERN TRUST CORPORATION AND CHRISTIANA BANK & TRUST COMPANY, | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION TO DISMISS NORTHERN TRUST COMPANY WITH PREJUDICE**

Plaintiff Steven Menzies ("Menzies") and Defendant Northern Trust Company ("Northern Trust"), pursuant to Federal Rule of Civil Procedure 41, move to dismiss Menzies' claims against Northern Trust with prejudice. In support of said Motion, Plaintiff and Northern Trust state as follows:

1. Menzies' claims against Northern Trust have been settled and that all issues and controversies between Menzies and Northern Trust have been resolved.

2. By the consent and agreement of Menzies and Northern Trust, all claims by Plaintiff Steven Menzies against Northern Trust in this action should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**WHEREFORE,** for the foregoing reasons, Plaintiff and Northern Trust Company respectfully request that Menzies' claims against Northern Trust be dismissed with prejudice.

| | |
|---|---|
| */s/ Daniel C. Herr* | */s/ Travis S. Hunter* |
| Daniel C. Herr (#5497) | Richard P. Rollo (#3994) |
| Law Office of Daniel C. Herr LLC | Travis S. Hunter (#5350) |
| 1225 North King Street; Suite 1000 | Renée Mosley Delcollo (#6442) |
| Wilmington, DE 19801 | Richards, Layton & Finger, P.A. |
| (302) 483-7060 | One Rodney Square |
| dherr@dherrlaw.com | 920 North King Street |
| | Wilmington, DE 19801 |
| *Attorney for Plaintiff* | (302) 651-7700 |
| | rollo@rlf.com |
| | hunter@rlf.com |
| Dated: July 27, 2022 | delcollo@rlf.com |
| | |
| | *Attorneys for Defendant Northern Trust Corporation* |