# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN MENZIES, an individual, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) C.A. No.: 1:21-cv-00249-SB |
| SEYFARTH SHAW LLP, an Illinois limited liability partnership; GRAHAM TAYLOR, individually; NORTHERN TRUST CORPORATION, a Delaware corporation; and CHRISTIANA BANK & TRUST COMPANY, a Delaware corporation, | ) ) ) ) ) ) ) ) |
| *Defendants.* | ) |

## NOTICE OF DEPOSITION OF GRAHAM TAYLOR

To:   All Counsel of Record

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30 and 45, Plaintiff Steven Menzies, through undersigned counsel, has issued a subpoena to Graham Taylor, whose last known address is 23 Meadowhill Drive, Tiburon, CA 94920, to take his deposition on August 25, 2022 at a location to be determined in or near Tiburon, CA. This deposition will be conducted in person and taken by stenographic means before an officer authorized to administer oaths and will continue from day to day until completed. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Dated: August 8, 2022

                                               **LAW OFFICE OF**
                                               **DANIEL C. HERR LLC**

                                               By:   */s/ Daniel C. Herr*
                                                       Daniel C. Herr, Esq. (No. 5497)
                                                       1225 North King Street, Suite 1000

        Wilmington, DE 19801
        (302) 483-7060
        dherr@dherrlaw.com

        Jeffrey B. Charkow, Esq. (*pro hac vice*)
        HARRIS WINICK HARRIS LLP
        333 W. Wacker Drive
        Suite 2060
        Chicago, IL 60606
        (312) 662-4600
        jcharkow@hwhlegal.com

        *Counsel for Plaintiff Steven Menzies*